# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, K.J. BRUBAKER, M.G. MILLER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**MICHAEL A. PICKARD**
**CULINARY SPECIALIST THIRD CLASS (E-4), U.S. NAVY**

**NMCCA 201400261**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 2 May 2014.
**Military Judge**: CAPT Colleen Glaser-Allen, JAGC, USN.
**Convening Authority**: Commander, Submarine Squadron SIX, Norfolk, VA.
**Staff Judge Advocate's Recommendation**: LT S.R. Dorsett, JAGC, USN.
**For Appellant**: CDR Suzanne M. Lachelier, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**23 October 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court